GARY OWEN CARIS (SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
  afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA  90071-2901
Telephone:   (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>          Plaintiff,<br><br>     v.<br><br>DONALD EDWARD HILBORN; BONNIE LOU HILBORN, et al.,<br><br>          Defendants. | CASE NO. SACV06-5 ABC (VBKx)<br><br>**JUDGMENT AGAINST DEFENDANT SHELLY DECKER AFTER DEFAULT**<br><br>**[F.R.C.P., Rules 54(b) and 55(b)(2)]**<br><br>DATE:    February 2, 2009<br>TIME:    10:00 a.m.<br>PLACE:   Courtroom 680 |

By submission of the attorneys of record for Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., Plaintiff's Application for Entry of Separate Default Judgment Against Shelly Decker ("Default Judgment Application") came on regularly for hearing on February 2, 2009 at 10:00 a.m. before the Honorable Audrey B. Collins, United States District Judge presiding in Courtroom 680 of the above-referenced Court.

1  Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the
2  Plaintiff.  No other appearances were made.  The Defendant Shelly Decker having
3  been regularly served with process, and having failed to appear and answer the
4  Plaintiff's complaint filed herein on January 3, 2006, and the default of said
5  defendant having been duly entered and evidence having been considered by the
6  Court, and the Court having reviewed and considered the Default Judgment
7  Application and all pleadings and papers filed in support, including all admissible
8  evidence filed in support, and no opposition to the Default Judgment Application
9  having been filed, and good cause appearing for entry of judgment against the
10 defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure:

11 **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that
12 Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually
13 and doing business as Financial Advisory Consultants, Income Fund, Ltd. and
14 Growth Fund, Ltd., shall have judgment against defendant Shelly Decker
15 ("Decker") in the principal amount of $105,004.00, together with pre-judgment
16 interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on
17 the date of filing this lawsuit until the date of entry of judgment, in the amount of
18 $14,120.04 for a total judgment in the amount of $119,124.04 pursuant to the First,
19 Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with
20 an award of post-judgment interest accruing from and after the date of entry of
21 judgment until paid in full pursuant to 28 U.S.C. § 1961;

22 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
23 judgment entered against Decker herein and any other judgments entered heretofore
24 or hereafter in this action against any other defendants are several as to each such
25 defendant unless otherwise expressly stated in the judgment to be joint and several
26 as to the particular defendants;

27 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there
28 is no just reason for delay in entry of this final judgment against Decker, and the

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

[PROPOSED] JUDGMENT AGAINST DEFENDANT - CASE NO. SACV06-5 ABC (VBKx)

LA:17336623.2

1  Court expressly directs that the Clerk of the Court enter this separate judgment
2  against Decker pursuant to F.R. Civ. P. 54 notwithstanding whether this action
3  remains pending against other defendants.

DATED: February 04, 2009

_/s/ Audrey B. Collins_
AUDREY B. COLLINS
UNITED STATES DISTRICT COURT JUDGE