1 | GARY OWEN CARIS (SBN 088918)
    gcaris@mckennalong.com
2 | LESLEY ANNE HAWES (SBN 117101)
    lhawes@mckennalong.com
3 | ANGELA E. FONES (SBN 245204)
    afones@mckennalong.com
4 | McKENNA LONG & ALDRIDGE LLP
    444 South Flower Street, 8th Floor
5 | Los Angeles, CA 90071-2901
    Telephone: (213) 688-1000
6 | Facsimile: (213) 243-6330

7 | Attorneys for Plaintiff
    **ROBB EVANS** as Receiver

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11 |

12 | ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,

CASE NO. SACV06-5 ABC (VBKx)

13 |

**[PROPOSED]** JUDGMENT AGAINST DEFENDANTS KEVIN SMITH AND MARGARET E. SMITH

14 |

15 |

Plaintiff,

[F.R.C.P. 56]

16 |

v.

DATE: July 6, 2009
TIME: 10:00 a.m.
PLACE: Courtroom 680

17 |

18 | DONALD EDWARD HILBORN; BONNIE LOU HILBORN, et al.,

19 | Defendants.

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] JUDGMENT AGAINST DEFENDANTS KEVIN SMITH AND MARGARET E. SMITH

LA:17632211.1

1    Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and

2    doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth

3    Fund, Ltd. ("Receiver"), brought his Motion for Summary Judgment against

4    Defendants Kevin Smith and Margaret E. Smith, which was heard on July 6, 2009

5    at 10:00 a.m. in Courtroom 680 of the above-referenced Court, the Honorable

6    Audrey B. Collins, United States District Judge presiding.  Gary Owen Caris of

7    McKenna Long & Aldridge LLP appeared on behalf of the Plaintiff and no

8    appearance was made on behalf of Defendants Kevin Smith and Margaret E. Smith.

9    The Court having read and considered all papers filed in support of the Motion for

10   Summary Judgment, including all admissible evidence filed in support of the

11   Motion, having read and considered all papers filed in opposition to the Motion by

12   Kevin Smith and Margaret E. Smith, if any, including all admissible evidence filed

13   in opposition to the Motion, having heard and considered the argument and

14   contentions of counsel, the Court determining that no genuine issue as to any

15   material fact exists and that Plaintiff is entitled to a judgment as a matter of law,

16   and the Court finding that good cause exists for entry of a separate judgment under

17   Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

18   **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb

19   Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing

20   business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund,

21   Ltd., shall have judgment against Defendants Kevin Smith and Margaret E. Smith

22   jointly and severally in the principal amount of $284,000.00, together with pre-

23   judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961

24   in effect on the date of filing this lawsuit and through June 4, 2009, in the amount

25   of $42,332.16 for a total judgment in the amount of $326,332.16 pursuant to the

26   First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together

27   with an award of post-judgment interest accruing from and after the date of entry of

28   judgment until paid in full pursuant to 28 U.S.C. § 1961;

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

[PROPOSED] JUDGMENT AGAINST DEFENDANTS KEVIN SMITH AND MARGARET E. SMITH

LA:17632211.1

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the

2    judgment entered against the Defendants herein and any other judgments entered

3    heretofore or hereafter in this action against any other defendants are several as to

4    each such defendant unless otherwise expressly stated in the judgment to be joint

5    and several as to the particular defendants; and

6    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there

7    is no just reason for delay in entry of this final judgment against Defendants Kevin

8    Smith and Margaret E. Smith, and the Court expressly directs that the Clerk of the

9    Court enter this separate judgment against said Defendants pursuant to F.R. Civ. P.

10   54 notwithstanding whether this action remains pending against other defendants.

11

12

13

14   DATED:  July 1, 2009

AUDREY B. COLLINS
UNITED STATES DISTRICT CHIEF JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

[PROPOSED] JUDGMENT AGAINST DEFENDANTS KEVIN SMITH AND MARGARET E. SMITH

LA:17632211.1